**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6832**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

TREVOR LITTLE, a/k/a Tragedy, a/k/a Trag,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Joseph R. Goodwin,
District Judge.  (2:95-cr-00198)

———————

Submitted:  December 12, 2007      Decided:  February 28, 2008

———————

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Trevor Little, Appellant Pro Se.  Monica Kaminski Schwartz, OFFICE
OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trevor Little, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying his motion to correct court's erroneous delegation to the Bureau of Prisons to make payment schedule for fine imposed. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Little, No. 2:95-cr-00198 (S.D. W. Va. Apr. 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED